# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia
Savannah Division

*FILED*
*U.S. DISTRICT COURT*
*SAVANNAH DIV.*

*JUN 26 2015*

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 4:11CR00349 |
| Antwan J. Clark | ) USM No: 17461-021 |

CLERK
So. DIST. OF GA

| | | | |
|---|---|---|---|
| Date of Original Judgment: | January 10, 2013 | ) | Steven L. Beauvais |
| Date of Previous Amended Judgment: | December 17, 2013 | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C.

§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment*
*issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated ___January 10, 2013___ shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   06·2 5·15

_____
*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
_____
*Printed name and title*